In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-350 CV


____________________



GREG CREEKMORE, Appellant



V.



ENDOVASC, INC. A/K/A ENDOVASC LTD., INC.
, Appellee






On Appeal from the 284th District Court


Montgomery County, Texas


Trial Cause No. 03-11-08112-CV 






 ORDER 


 On February 26, 2008, we received a suggestion of bankruptcy alleging Endovasc,
Inc. filed a bankruptcy proceeding in Case No. 08-30581 in the United States Bankruptcy
Court for the Southern District of Texas, Houston Division, on February 3, 2008. The appeal
is abated for administrative purposes only, and will be treated as a closed case unless timely
reinstated by proper motion. Tex. R. App. P. 8.

 ORDER ENTERED March 6, 2008.

 PER CURIAM 

Before Gaultney, Kreger, and Horton, JJ.